# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. LYON,<br><br>        Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | Case No. CV 11-1101-ODW (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED September 15, 2011

                                              OTIS D. WRIGHT, II
                                   UNITED STATES DISTRICT JUDGE